JS-6

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JAMES KI, WA STATE BAR NO. 42978
    Special Assistant United States Attorney
    Program Litigation 1
    Social Security Administration | Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (212) 264-2435
    James.Ki@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DAVID LYLE TOMLINSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>FRANK BISIGNANO<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 5:25-cv-02105-KES<br><br>[~~PROPOSED~~]<br>JUDGMENT OF REMAND |

//

//

The Court having approved the parties' Stipulation to Remand for Further Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: January 8, 2026

*Karen E. Scott*
HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE